UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

16-CR-1 JNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INFORMATION |
| v. | 18 U.S.C. § 641<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) |
| NORMA DELASERNA MCNEIL, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Theft of Government Funds)

From on or about September 24, 2000, through on or about March 31, 2014, in the State and District of Minnesota, the defendant,

**NORMA DELASERNA MCNEIL,**

did willfully and knowingly steal, embezzle, and convert to her use, money of the Office of Personnel Management, a department and agency of the United States, namely, survivor annuity benefits to which she knew she was not entitled, having a value exceeding $132,000, in violation of Title 18, United States Code, Section 641.

FORFEITURE ALLEGATIONS

Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).



SCANNED
JAN 04 2016
U.S. DISTRICT COURT MPLS

As the result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 641.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated: January 4, 2016

ANDREW M. LUGER
United States Attorney

BY: SARAH E. HUDLESTON
Assistant U.S. Attorney
Attorney ID No. 0351489